UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Home Depot U.S.A. d/b/a Home Depot,<br><br>Defendant. | Civil Case No.: 23-cv-2126(DWF/DLM) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, ATTORNEY FEES, COSTS, EXPENSES, AND SERVICE AWARD**

Plaintiff Julie Dalton, on behalf of herself and all others similarly situated, hereby moves, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of an order finally approving class-action settlement, certifying a class for settlement purposes, appointing Plaintiff class representative, appointing Plaintiff's counsel as class counsel, and finally approving and attorney's fees and costs and service award. Defendant does not oppose this motion.

Dated: December 15, 2025	**THRONDSET MICHENFELDER, LLC**

<u>*/s/ Patrick W. Michenfelder*</u>
Patrick W. Michenfelder (#024207X)
Chad Throndset (#0261191X)
Jason Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
Fax: (763) 226-2515
pat@throndsetlaw.com
chad@throndsetlaw.com
jason@throndsetlaw.com
*Attorneys for Plaintiff*